| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12007-PMM**

| | |
|---|---|
| Elaine Riebow | Petition Filed Date: 06/12/2024 |
| 4710 Vera Cruz Road | 341 Hearing Date: 08/06/2024 |
| Emmaus  PA   18049 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | JP MORGAN CHASE BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ENT CREDIT UNION<br>»» 002 | Unsecured Creditors | $4,967.02 | $0.00 | $0.00 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $8,957.93 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $742.61 | $0.00 | $0.00 |
| 5 | PNC BANK<br>»» 005 | Unsecured Creditors | $6,079.13 | $0.00 | $0.00 |
| 6 | PNC BANK NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PNC BANK<br>»» 007 | Unsecured Creditors | $11,958.60 | $0.00 | $0.00 |
| 8 | US BANK NA<br>»» 008 | Unsecured Creditors | $16,937.71 | $0.00 | $0.00 |

Chapter 13 Case No. 24-12007-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $352.00 |
| Paid to Claims: | $0.00 | Arrearages: | $704.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $21,120.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.