UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Elaine Riebow | Bankruptcy No.24-12007-PMM |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 31st day of October, 2024, by first class mail upon those listed below:

Elaine Riebow
4710 Vera Cruz Road
Emmaus, PA  18049

**Electronically via CM/ECF System Only:**

JOHN EVERETT COOK ESQ
ROMA CORPORATE CENTER
1605 N CEDAR CREST BLVD, STE 520
ALLENTOWN, PA  18104

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee