**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Eslan Gamal | : | |
| | : | Case No. 24-10763 |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

    I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the MATRIX Statement of Election upon the creditors and parties-in-interested listed herein below:

United States Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

Eslan Gamal
CO/ JOHN EVERETT COOK
1406 Cottage Ave
Bethlehem , Pa 18018

Scott Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606-2265

Respectfully submitted:

Dated:  11/12/2024

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
Attorney ID #202039

LAW OFFICES OF EVERETT COOK, P.C.
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104
Phone:  610-351 3566
Fax:  610.351.3556
bankruptcy@everettcooklaw.com