UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

    ELAINE RIEBOW                         : Bankruptcy No.  24-12007PMM

        Debtor(s)                         : Chapter 13

## PRAECIPE

    Please withdraw the Trustee's Recommendation for Confirmation filed on or about February 12, 2025 at docket entry number 35 in the above referenced case.

                              Respectfully submitted,

Date:  February 13, 2025                */s/Rolando Ramos*
                                         Rolando Ramos
                                         Attorney for
                                         Scott F. Waterman, Esq.
                                         Standing Chapter 13 Trustee