IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

In Re:

    Elaine Riebow                       :
                                     :      Chapter 13
                                     :      Case No. 24-12007

    Debtor(s)


**CERTIFICATE OF SERVICE**


       I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Notice of Creditors meeting upon the creditors and parties-in-interested listed herein below and on attached Matrix:


United States Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

| | |
|---|---|
| Elaine Riebow<br>4710 Vera Cruz Road<br>Upper Milford PA 18047 | Scott F. Waterman, Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

                                                              Respectfully submitted:

Dated: 02/15/2025                                Signed: /s/ Everett Cook
                                                             By: Everett Cook, Esq.
                                                              Attorney ID #202039

                                                             LAW OFFICES OF EVERETT COOK, P.C.
                                                              1605 N. Cedar Crest Blvd., Suite 520
                                                               Allentown, PA 18104
                                                              Phone: 610-351 3566
                                                              Fax: 610.351.3556
                                                              bankruptcy@everettcooklaw.com