# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
| Elaine Riebow | : |
| | : |
| | : **Bankruptcy No.** No. 24-12007 |
| | : |
| | : |
| | : |
| **Debtor(s)** | : **Chapter 13** |

## CERTIFICATE OF SERVICE

I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date 02/20/2025, by First Class Mail or ECF filing, a true and correct copy of the Notice of Creditors meeting upon the creditors and parties-in-interested listed herein below and on attached Matrix:

**United States Trustee**
**Office of the United States Trustee**
**200 Chestnut Street, Suite 502**
**Philadelphia, PA 19106-2908**

**Elaine Riebow**
**4710 Vera Cruz Road**
**Upper Milford PA 18047**

**Scott F. Waterman, Trustee**
**2901 St. Lawrence Ave. Suite 100**
**Reading, PA 19606**

Respectfully submitted:

Dated:         02/20/2025                    Signed: /s/Everett Cook
                                             Everett Cook, Esq.
                                             The Law Offices of Everett Cook, P.C.
                                             1605 N. Cedar Crest Blvd, Suite 520
                                             Allentown, PA  18104
                                             Attorney I.D. 202039
                                             Phone: (610) 351-3566
                                             Fax:    (610) 351-3556