United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Elaine Riebow  
    Debtor

Case No. 24-12007-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 27, 2025      Form ID: 155      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Elaine Riebow, 4710 Vera Cruz Road, Emmaus, PA 18049-9559 |
| 14904457 | + | MidFirst Bank, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14904692 | + | PNC Bank, National Association, c/o Maribeth Thomas, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh PA 15222-5413 |
| 14896799 | | Pnc Financial, Cleveland, OH 44101 |
| 14896800 | | Pnc Financial Services, Cleveland, OH 44101 |
| 14896802 | | U.S. Bankcorp, Saint Louis, MO 63166 |
| 14896803 | | Verizon Wireless, Minneapolis, MN 55426 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14896795 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 00:29:57 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14905524 | + | Email/Text: bankruptcy@ent.com | Feb 28 2025 01:25:00 | Ent Credit Union, PO Box 15819, Colorado Springs, CO 80935-5819 |
| 14896796 | + | Email/Text: bankruptcy@ent.com | Feb 28 2025 01:25:00 | Ent Credit Union, 7250 Campus Dr, Colorado Springs, CO 80920-6532 |
| 14903365 | | Email/Text: amps@manleydeas.com | Feb 28 2025 01:24:00 | JPMORGAN CHASE BANK, N.A., c/o ADAM BRADLEY HALL, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14903290 | | Email/Text: amps@manleydeas.com | Feb 28 2025 01:24:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14904140 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 00:29:57 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14896797 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2025 01:24:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14904378 | ^ | MEBN | Feb 28 2025 00:20:34 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14913718 | + | Email/Text: bkmail@midfirst.com | Feb 28 2025 01:24:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14896798 | | Email/Text: bkmail@midfirst.com | Feb 28 2025 01:24:00 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 14914933 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2025 01:24:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14914451 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2025 01:24:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14896801 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: 155 | Total Noticed: 22 |

|  |  | Feb 28 2025 01:24:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
|---|---|---|---|
| 14917653 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 28 2025 01:25:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14914238 | + Email/PDF: ebn_ais@aisinfo.com | Feb 28 2025 02:04:55 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Debtor Elaine Riebow bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| MARIBETH THOMAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION MTHOMAS@tuckerlaw.com, ecotterill@tuckerlaw.com;mstafford@tuckerlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Elaine Riebow  

      Debtor(s).

Case No. 24−12007−pmm

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 27, 2025

For The Court

Patricia M. Mayer  
Judge, United States Bankruptcy Court