Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-12007-PMM**

Elaine Riebow  
4710 Vera Cruz Road  
Emmaus  PA   18049

Petition Filed Date: 06/12/2024  
341 Hearing Date: 08/06/2024  
Confirmation Date: 02/27/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/11/2024 | $165.00 | | 10/25/2024 | $165.00 | | 10/28/2024 | $165.00 | |
| 11/07/2024 | $913.00 | | 11/14/2024 | $913.00 | | 11/22/2024 | $165.00 | |
| 12/06/2024 | $165.00 | | 12/20/2024 | $165.00 | | 01/06/2025 | $165.00 | |
| 01/17/2025 | $165.00 | | 01/31/2025 | $165.00 | | 02/14/2025 | $470.00 | |
| 02/28/2025 | $470.00 | | 03/14/2025 | $470.00 | | 03/31/2025 | $475.00 | |
| 04/11/2025 | $475.00 | | 04/25/2025 | $475.00 | | 05/09/2025 | $475.00 | |
| 05/23/2025 | $475.00 | | 06/06/2025 | $475.00 | | 06/23/2025 | $475.00 | |
| 07/07/2025 | $475.00 | | 07/18/2025 | $475.00 | | | | |

**Total Receipts for the Period: $8,996.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,946.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JP MORGAN CHASE BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ENT CREDIT UNION<br>»» 002 | Unsecured Creditors | $4,967.02 | $0.00 | $4,967.02 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $8,957.93 | $7,717.16 | $1,240.77 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $742.61 | $0.00 | $742.61 |
| 5 | PNC BANK<br>»» 005 | Unsecured Creditors | $6,079.13 | $0.00 | $6,079.13 |
| 6 | PNC BANK NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PNC BANK<br>»» 007 | Unsecured Creditors | $11,958.60 | $0.00 | $11,958.60 |
| 8 | US BANK NA<br>»» 008 | Unsecured Creditors | $16,937.71 | $0.00 | $16,937.71 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 9 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12007-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,946.00 | Current Monthly Payment: | $1,024.00 |
| Paid to Claims: | $9,217.16 | Arrearages: | $358.00 |
| Paid to Trustee: | $728.84 | Total Plan Base: | $57,408.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.