Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Elaine Riebow
4710 Vera Cruz Road
Emmaus, PA 18049

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-12007-PMM**

Petition Filed Date: 06/12/2024
341 Hearing Date: 08/06/2024
Confirmation Date: 02/27/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $475.00 | | 08/15/2025 | $475.00 | | 09/02/2025 | $475.00 | |
| 09/12/2025 | $475.00 | | 09/26/2025 | $475.00 | | 10/13/2025 | $475.00 | |
| 10/24/2025 | $475.00 | | 11/07/2025 | $475.00 | | 11/21/2025 | $475.00 | |
| 12/08/2025 | $475.00 | | 12/19/2025 | $475.00 | | 01/05/2026 | $475.00 | |
| 01/16/2026 | $475.00 | | 01/30/2026 | $475.00 | | 02/13/2026 | $475.00 | |
| 02/27/2026 | $475.00 | | 03/13/2026 | $475.00 | | 03/27/2026 | $475.00 | |
| 04/10/2026 | $475.00 | | 04/27/2026 | $475.00 | | 05/11/2026 | $475.00 | |
| 05/22/2026 | $475.00 | | 06/12/2026 | $475.00 | | 06/29/2026 | $475.00 | |
| 07/10/2026 | $475.00 | | 07/24/2026 | $475.00 | | | | |

**Total Receipts for the Period: $12,350.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,296.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JP MORGAN CHASE BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ENT CREDIT UNION<br>»» 002 | Unsecured Creditors | $4,967.02 | $1,190.47 | $3,776.55 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $8,957.93 | $8,957.93 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $742.61 | $177.97 | $564.64 |
| 5 | PNC BANK<br>»» 005 | Unsecured Creditors | $6,079.13 | $1,457.03 | $4,622.10 |
| 6 | PNC BANK NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PNC BANK<br>»» 007 | Unsecured Creditors | $11,958.60 | $2,866.15 | $9,092.45 |
| 8 | US BANK NA<br>»» 008 | Unsecured Creditors | $16,937.71 | $4,059.51 | $12,878.20 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 9 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12007-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,296.00 | Current Monthly Payment: | $1,024.00 |
| Paid to Claims: | $20,209.06 | Arrearages: | $296.00 |
| Paid to Trustee: | $1,648.52 | Total Plan Base: | $57,408.00 |
| Funds on Hand: | $438.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.